

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SARIS, PATTI B. | U.S.D.C. MASSACHUSETTS | 05/13/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| J. J. MOAKLEY U.S. COURTHOUSE <br> 1 COURTHOUSE WAY, SUITE 8110 <br> BOSTON, MA 02210 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #3 |
| 2. CO-TRUSTEE | TRUST #4 |
| 3. CO-TRUSTEE | TRUST #5 |
| 4. TRUSTEE | TRUST #6 |
| 5. TRUSTEE | TRUST #7 |
| 6. TRUSTEE | TRUST #8 |
| 7. TRUSTEE | TRUST #9 |
| 8. CO-TRUSTEE | TRUST #13 |
| 9. Director | Bottom Line Inc., Boston, MA |
| 10 Director/Officer | Federal Judges Association (FJA) |
| 11 Officer/Clerk | 21st Century Fund, Brookline High School, Brookline, MA |

RECEIVED 2009 MAY 15 A 11:29 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

Saris_Patti_B

2.

3.

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2008 | HARVARD BUSINESS SCHOOL PUBLISHING, MA - Royalties |
| 3. 2008 | HARVARD BUSINESS SCHOOL INTERACTIVE, INC, MA - Nonemployee compensation |
| 4. 2008 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The University of Texas School of Law | 1/10-1/11 | Alexandria, VA | Education Seminar/Program | Flight/transportiation, lodging |
| 2. Federal Judges Assn | 5/8 | Washington, DC | May Board meeting | Flight/transportation |
| 3. Federal Judges Assn | 12/3 | Washington, DC | December Board meeting | Flight/transportation |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. UBS AG | Line of Credit/Loan | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass. St Port Authority, Muni Bonds | C | Interest | L | T | | | | | |
| 2. Mass. St G/O Cons Ln Series, Muni Bonds | B | Interest | M | T | Buy | 04/23 | M | | |
| 3. | | | | | Sold (part) | 08/01 | J | | |
| 4. | | | | | Sold (part) | 09/01 | K | | |
| 5. University Mass. Bldg, Municipal Bonds | B | Interest | K | T | | | | | |
| 6. Mass. Bay Trans Authority, Municipal Bonds | C | Interest | K | T | Sold (part) | 02/05 | K | A | |
| 7. Strips TNT, Public Security (IRA) | B | Interest | L | T | | | | | |
| 8. Venture Investors Fund, LP | E | Distribution | K | W | | | | | |
| 9. Bank of America (formerly Fleet National Bank), Accounts | A | Interest | J | T | | | | | |
| 10. - Bank of America , PCA Acct | B | Interest | M | T | | | | | |
| 11. WellsFargo Avtg Gov Sec Fd (formerlyStrongGovtSec) Mutual Fd | A | Dividend | J | T | | | | | |
| 12. MA St General Oblig Series, Municipal Bonds | A | Interest | J | T | Sold (part) | 02/05 | J | A | |
| 13. Realty Assoc Fund IV Corp | A | Dividend | J | W | | | | | |
| 14. Realty Assoc Fund IV, LLC | | None | M | W | | | | | |
| 15. Tucker Anthony Private Equity Fund I, LP | E | Distribution | N | U | | | | | |
| 16. Mass St Tpk Auth. Municipal Bond | B | Interest | L | T | | | | | |
| 17. TA Conference LLC | | None | P1 | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Realty Associates Fund V, LLC | G | Distribution | P1 | W | | | | | |
| 19. Tucker Anthony Private Equity Fund II | F | Distribution | N | U | Buy (add'l) | 12/30 | J | | |
| 20. Mass. In'l Fin Agy Municipal Bonds | C | Interest | M | T | | | | | |
| 21. Tucker Anthony Private Equity Fund III | E | Distribution | N | U | Buy (add'l) | 03/31 | J | | |
| 22. | | | | | Buy (add'l) | 09/29 | J | | |
| 23. | | | | | Buy (add'l) | 12/30 | J | | |
| 24. Tucker Anthony Private Equity Technology LP | D | Distribution | N | U | | | | | |
| 25. Trust #5 | G | Dividend | P2 | T | | | | | |
| 26. - Federated Govt Oblig Fd money market (cash equiv.) | | | | | Sold (part) | 01/02 | O | | |
| 27. | | | | | Buy (add'l) | 0103 | L | | |
| 28. | | | | | Sold (part) | 01/10 | J | | |
| 29. | | | | | Buy (add'l) | 01/11 | J | | |
| 30. | | | | | Buy (add'l) | 01/15 | P1 | | |
| 31. | | | | | Buy (add'l) | 02/04 | J | | |
| 32. | | | | | Sold | 02/05 | P1 | | |
| 33. - GMO Intl Instrinsic Val Fd Cl III (formerly Cl II) MutFd | | | | | Buy (add'l) | 07/14 | L | | |
| 34. | | | | | Sold | 10/13 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Longleaf Partners Fd Mutual Fund | | | | | Sold | 10/10 | O | | |
| 36. - Vanguard 500 Index Fd sig Fd Mutual Fd | | | | | Sold | 10/10 | M | | |
| 37. - Baupost Value Partners LP I | | | | | | | | | |
| 38. - Kensico Offshore Fd Ltd LP | | | | | | | | | |
| 39. - PIMCO Commodity Real Return, Mutual F d | | | | | Sold (part) | 10/10 | M | | |
| 40. - Global Fixed Inc Brandywine Inv Tr Mutual Fd | | | | | | | | | |
| 41. - Marsico Growth Fd, Mutual Fund | | | | | Sold | 10/13 | M | | |
| 42. - Aberdeen Emerging Mkts Fd Mutual Fd ) | | | | | Buy (add'l) | 06/19 | N | | |
| 43. | | | | | Sold | 10/10 | N | | |
| 44. - Van Eck Intl Invest Gold-A Mutual Fd | | | | | Buy (add'l) | 12/23 | K | | |
| 45. - Dodge & Cox Income Fd mutual Fd (y) | | | | | | | | | |
| 46. - Cilton Global Nat Res Intl BVI ltd (Private Eq)(new) | | | | | Buy | 01/02 | O | | |
| 47. - PIMCO Developing Local Mkt Fd Mutual Fd (new) | | | | | Buy | 06/19 | N | | |
| 48. | | | | | Sold | 10/10 | N | | |
| 49. - US Treasury Bills (new) | | | | | Buy | 11/03 | P1 | | |
| 50. | | | | | Sold (part) | 11/19 | J | | |
| 51. | | | | | Sold (part) | 12/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Federated US Teas Cash money market (cash equiv) (new) | | | | | Buy | 02/05 | P1 | | |
| 53. | | | | | Buy (add'l) | 02/15 | L | | |
| 54. | | | | | Buy (add'l) | 03/12 | J | | |
| 55. | | | | | Buy (add'l) | 03/31 | J | | |
| 56. | | | | | Buy (add'l) | 05/30 | K | | |
| 57. | | | | | Buy (add'l) | 06/06 | L | | |
| 58. | | | | | Buy (add'l) | 06/30 | J | | |
| 59. | | | | | Buy (add'l) | 07/16 | K | | |
| 60. | | | | | Buy (add'l) | 08/07 | L | | |
| 61. | | | | | Buy (add'l) | 09/30 | J | | |
| 62. | | | | | Buy (add'l) | 10/14 | P1 | | |
| 63. | | | | | Buy (add'l) | 11/20 | J | | |
| 64. | | | | | Buy (add'l) | 12/24 | K | | |
| 65. | | | | | Sold (part) | 03/06 | M | | |
| 66. | | | | | Sold (part) | 04/14 | M | | |
| 67. | | | | | Sold (part) | 05/14 | L | | |
| 68. | | | | | Sold (part) | 05/29 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/20 | O | | |
| 70. | | | | | Sold (part) | 08/06 | M | | |
| 71. | | | | | Sold (part) | 09/10 | K | | |
| 72. | | | | | Sold (part) | 10/01 | N | | |
| 73. | | | | | Sold (part) | 11/6 | P1 | | |
| 74. Trust #6 | E | Int./Div. | | | | | | | See Part VIII |
| 75. - MA St Genl Oblig Muni Fonds | | | | | Distributed | 12/31 | K | | |
| 76. - MA St Grant Antic Nts Municipal Bond | | | | | Distributed | 12/31 | J | | |
| 77. - Chilmark MA Municipal Bonds | | | | | Distributed | 12/31 | K | | |
| 78. - MA Bay Trans Auth Municipal Bond | | | | | Distributed | 12/31 | K | | |
| 79. - MA St Helath & Ed Municipal Bond | | | | | Distributed | 12/31 | L | | |
| 80. - MA Water Pollution Municipal Bd | | | | | Distributed | 12/31 | L | | |
| 81. - Norwood, MA Municipal Bd | | | | | Distributed | 12/31 | L | | |
| 82. - Town of Foxborough, MA Municipal Bond | | | | | Distributed | 12/31 | J | | |
| 83. - University MA Bldg Auth Municipal Bds | | | | | Distributed | 12/31 | M | | |
| 84. - MA St Dev Fin Agy Municipal Bds | | | | | Distributed | 12/31 | K | | |
| 85. - MA St Port Auth Municipal Bd | | | | | Distributed | 12/31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 87. | | | | | Distributed | 12/31 | K | | |
| 88. - Boston, MA Municipal bds (new) | | | | | Buy | 02/01 | K | | |
| 89. | | | | | Distributed | 12/31 | K | | |
| 90. Trust #7 | E | Int./Div. | O | T | | | | | |
| 91. - MA St. Genl Oblig. Municipal Bonds | | | | | | | | | |
| 92. - MA St Grant Antic Nts Municipal Bond | | | | | | | | | |
| 93. - Chilmark MA Municipal Bd | | | | | | | | | |
| 94. - MA Bay Trans Auth Municipal Bd | | | | | | | | | |
| 95. - MA St Health & Ed Municipal Bd | | | | | | | | | |
| 96. - MA Water Pollution Municipal Bd | | | | | | | | | |
| 97. - Norwood MA Municipal Bd | | | | | | | | | |
| 98. - University MA Bldg Auth Municipal Bond | | | | | | | | | |
| 99. - MA St Dev Fin Agy Municipal Bond | | | | | | | | | |
| 100. - MA St Port Auth Municipal Bd | | | | | | | | | |
| 101. - MA St Tpk Aluth Municipal Bd | | | | | | | | | |
| 102. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 1216 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Boston, MA Municipal bd (new) | | | | | Buy | 02/01 | K | | |
| 104. Trust #8 | E | Int./Div. | O | T | | | | | |
| 105. - MA St General Oblig Municipal Bonds | | | | | | | | | |
| 106. - MA St Grant Antic Nts Municipal Bond | | | | | | | | | |
| 107. - Chilmark, MA Municipal Bd | | | | | | | | | |
| 108. - MA Bay Trans Auth Municipal Bd | | | | | | | | | |
| 109. - MA St Health & Ed Municipal Bd | | | | | | | | | |
| 110. - MA Water Pollution Municipal Bd | | | | | | | | | |
| 111. - Norwood, MA Municipal Bd | | | | | | | | | |
| 112. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 113. - MA St Dev Fin Auth Municipal Bds | | | | | | | | | |
| 114. - MA St Port Auth Municipal Bds | | | | | | | | | |
| 115. - MA St Tpk Auth Municipal Bds | | | | | | | | | |
| 116. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 117. - Boston, MA Municipal bd (new) | | | | | Buy | 02/01 | K | | |
| 118. Trust #9 | E | Int./Div. | N | T | | | | | |
| 119. - MA St Genl Oblig Municipal Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - MA St Grant Antic Nts Municipal Bond | | | | | | | | | |
| 121. - Chilmark, MA Municipal Bd | | | | | | | | | |
| 122. - MA Bay Trans Auth Municipal Bd | | | | | | | | | |
| 123. - MA Health & Ed Municipal Bd | | | | | | | | | |
| 124. - MA Water Pollution Municipal Bd | | | | | | | | | |
| 125. - Norwood, MA Municipal Bd | | | | | | | | | |
| 126. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 127. - MA St Dev Fin Agy Municipal Bds | | | | | | | | | |
| 128. - MA St Port Auth Municipal Bds | | | | | | | | | |
| 129. - MA St Tpk Auth Municipal Bds | | | | | | | | | |
| 130. - New Bedford MA G/O Municipal Bds | | | | | | | | | |
| 131. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 132. - Boston, MA Municipal bd (new) | | | | | Buy | 02/01 | K | | |
| 133. Trust #10 | | None | M | W | | | | | |
| 134. - Travelers Life & Annuity Ins Co, universal life insurance | | | | | | | | | |
| 135. Trust #11 | B | Dividend | P1 | W | | | | | |
| 136. - Manulife Fin'l Corp (formerly JHancock Finl Svcs), common | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Sun LIfe Assurance, universal life insurance | | | | | | | | | |
| 138. - Manufacturers Life Ins, universal life (John Hancock) | | | | | | | | | |
| 139. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 12/22 | J | | |
| 140. Trust #13 | | None | K | W | | | | | |
| 141. - SBLI, life insurance (cash value) | | | | | | | | | |
| 142. UBS Bank (Canada) - Financial Institution | G | Interest | P1 | T | Redeemed (part) | 03/10 | M | | |
| 143. | | | | | Redeemed (part) | 12/01 | M | D | |
| 144. | | | | | Redeemed (part) | 08/02 | M | | |
| 145. UBS AG, Financial Institution | G | Interest | P2 | T | Redeemed (part) | 01/15 | O | | |
| 146. | | | | | Redeemed (part) | 01/30 | O | D | |
| 147. | | | | | Redeemed (part) | 03/07 | O | | |
| 148. | | | | | Redeemed (part) | 03/14 | P1 | G | |
| 149. | | | | | Redeemed (part) | 04/07 | O | G | |
| 150. | | | | | Redeemed (part) | 07/04 | O | G | |
| 151. | | | | | Redeemed (part) | 07/14 | O | G | |
| 152. | | | | | Redeemed (part) | 09/29 | O | G | |
| 153. | | | | | Redeemed (part) | 10/07 | P2 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/04 | P1 | | |
| 155. | | | | | Buy (add'l) | 01/25 | O | | |
| 156. | | | | | Buy (add'l) | 02/19 | K | | |
| 157. Cape Communications Promissory Note | | None | | | | | | | See Part VIII |
| 158. European Investment Bank Ser - corporate bonds | E | Interest | N | T | Matured (part) | 04/15 | M | | |
| 159. MA Water Pollution Municipal Bonds | B | Interest | K | T | | | | | |
| 160. Tucker Anthony Private Equity Fund IV | E | Distribution | N | U | Buy (add'l) | 02/05 | J | | |
| 161. | | | | | Buy (add'l) | 04/16 | J | | |
| 162. | | | | | Buy (add'l) | 06/23 | J | | |
| 163. | | | | | Buy (add'l) | 08/27 | J | | |
| 164. | | | | | Buy (add'l) | 12/30 | J | | |
| 165. IRA Rollover | | | | | | | | | |
| 166. - PIMCO Commodity Real Return Mututal Fund | E | Dividend | | | Buy (add'l) | 03/20 | J | | |
| 167. | | | | | Buy (add'l) | 06/19 | J | | |
| 168. | | | | | Buy (add'l) | 09/18 | J | | |
| 169. | | | | | Sold (part) | 10/10 | O | | |
| 170. | | | | | Sold | 10/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | J | T | Buy (add'l) | 10/14 | O | | |
| 172. | | | | | Sold (part) | 11/19 | O | | |
| 173. - Zoom Information Inc Cl B closely held | | None | J | W | | | | | |
| 174. - Vanguard Inflat Protect mutual fd (new) | A | Dividend | O | T | Buy | 11/18 | O | | |
| 175. | | | | | Buy (add'l) | 12/19 | J | | |
| 176. - US Treasury Bills (new) | A | Interest | | | Buy | 11/03 | O | | |
| 177. | | | | | Sold | 11/18 | O | | |
| 178. Europac Growth Fd Mutual Fund | | None | | | Sold | 08/21 | P1 | G | |
| 179. GMO Tax Managed Intl Eq III Mutual fund | E | Dividend | | | Sold (part) | 06/19 | O | G | |
| 180. | | | | | Buy (add'l) | 0714 | K | | |
| 181. | | | | | Buy (add'l) | 07/15 | K | | |
| 182. | | | | | Sold | 09/17 | O | G | |
| 183. Longleaf Partners Fund Mututal Fund | | None | | T | Sold (part) | 06/19 | P1 | G | |
| 184. Battery Ventures VI L.P. | D | Distribution | M | U | Distributed (part) | 02/01 | J | | See Part VIII |
| 185. | | | | | Distributed (part) | 04/22 | J | | |
| 186. | | | | | Distributed (part) | 05/23 | J | | |
| 187. | | | | | Distributed (part) | 08/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Brookside Cap Partners Fd L.P. | | None | P2 | W | | | | | |
| 189.  Friends of Lime Rock II L.P. | G | Distribution | O | U | | | | | |
| 190.  MW Special Situations L.P. | | None | | | Sold | 12/31 | P1 | | |
| 191.  Park St Capl Natural Res Fd L.P. | F | Distribution | N | U | Buy (add'l) | 01/23 | J | | |
| 192. | | | | | Buy (add'l) | 03/11 | J | | |
| 193. | | | | | Buy (add'l) | 05/13 | J | | |
| 194. | | | | | Buy (add'l) | 06/30 | J | | |
| 195. | | | | | Buy (add'l) | 07/29 | J | | |
| 196. | | | | | Buy (add'l) | 11/12 | J | | |
| 197. | | | | | Buy (add'l) | 12/29 | J | | |
| 198.  Patron Capital L.P. I | G | Distribution | P1 | U | Buy (add'l) | 12*09 | M | | |
| 199.  US Fidenza LLC | | None | K | U | | | | | |
| 200.  US Wertheim LLC | | None | M | U | | | | | |
| 201.  Baupost Value Partners LP II | | None | | | Distributed | 12/31 | P1 | | See Part VIII |
| 202.  MFB Northern Trust Co Funds Muni MM cash equiv. | G | Dividend | P1 | T | Buy (add'l) | 12/31 | P1 | | See Part VIII |
| 203.  Fort Worth TX Wtr & Swr Municipal Bond | D | Interest | | | Sold | 04/09 | O | | |
| 204.  NB Pub Dist Municipal Bond | D | Interest | | | Sold | 01/02 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Northn AZ Univ Revs Municipal Bond | D | Interest | N | T | | | | | |
| 206. Phoenix AZ Civic Impt Municipal Bond | E | Interest | N | T | Sold (part) | 04/09 | N | B | |
| 207. Salt Riv Proj AZ Agric Municipal Bond | D | Interest | | | Sold | 04/10 | N | C | |
| 208. Trust #14 | E | Distribution | O | T | | | | | |
| 209. - Mashpee MA Municipal Bond | | | | | Sold | 02/01 | J | | |
| 210. - MA GO Rfdg Bds Municipal Bonds | | | | | | | | | |
| 211. - MA St Spl Oblig Municipal Bond | | | | | | | | | |
| 212. - MA St Wtr Pollutn Municipal Bond | | | | | | | | | |
| 213. - Weston MA GO Municipal Bond | | | | | | | | | |
| 214. - MA St Port Auth Municipal Bond | | | | | Sold (part) | 08/12 | K | | |
| 215. - MA Cons Ln GO Municipal Bond | | | | | | | | | |
| 216. - Westford MA Municipal Bond | | | | | | | | | |
| 217. - Orleans MA GO Municipal Bond | | | | | | | | | |
| 218. - Stoneharn MA Municipal Bond | | | | | | | | | |
| 219. - MA St Tpk Auth Municipal Bd | | | | | | | | | |
| 220. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 221. - MA St Hlth & Edl Municipal Bds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - MA St Gen'l Oblig Municipal Bd | | | | | | | | | |
| 223. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 03/03 | K | | |
| 224. | | | | | Sold (part) | 06/24 | M | | |
| 225. | | | | | Buy (add'l) | 11/12 | J | | |
| 226. | | | | | Sold (part) | 11/06 | J | | |
| 227. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 228. - US Treasury Bills (new) | | | | | Buy | 11/03 | M | | |
| 229. | | | | | Sold (part) | 11/10 | L | | |
| 230. - Boston, MA municipal bonds (new) | | | | | Buy | 02/01 | K | | |
| 231. - SPDR Dold Tr mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 232. Trust #15 | E | Distribution | O | T | | | | | |
| 233. - Mashpee MA Municipal Bond | | | | | Sold | 02/01 | J | | |
| 234. - MA GO Rfdg Bds Municipal Bond | | | | | | | | | |
| 235. - MA St Spl Oblig Municipal Bond | | | | | | | | | |
| 236. - MA St Wtr Pollutn Municipal Bond | | | | | | | | | |
| 237. - Weston MA GO Municipal Bond | | | | | | | | | |
| 238. - MA St Port Auth Municipal Bond | | | | | Sold (part) | 08/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - MA St Cons Ln GO Municipal Bond | | | | | | | | | |
| 240.  - Westford MA Municipal Bond | | | | | | | | | |
| 241.  - Orleans MA Municipal Bond | | | | | | | | | |
| 242.  - Stoneham MA Municipal Bond | | | | | | | | | |
| 243.  - MA St Tpk Auth Municipal Bd | | | | | | | | | |
| 244.  - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 245.  - MA St Hlth & Edl Municipal Bds | | | | | | | | | |
| 246.  - MA St Gen'l Oblig Municipal Bd | | | | | | | | | |
| 247.  - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 03/03 | K | | |
| 248. | | | | | Sold (part) | 06/24 | M | | |
| 249. | | | | | Sold (part) | 11/06 | J | | |
| 250. | | | | | Buy (add'l) | 11/12 | J | | |
| 251.  - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 252.  - Boston, MA municipal bds (new) | | | | | Buy | 02/01 | K | | |
| 253.  - US Treasury Bills (new) | | | | | Buy | 11/03 | M | | |
| 254. | | | | | Sold (part) | 11/10 | L | | |
| 255.  - SPDR Gold Tr mutual fund (new) | | | | | Buy | 06/21 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Trust # 16 | E | Distribution | O | T | | | | | |
| 257. - Mashpee MA Municipal Bond | | | | | Sold | 02/01 | K | | |
| 258. - MA GO Rfdg Bds Municipal Bond | | | | | | | | | |
| 259. - MA St Spl Oblig Municipal Bond | | | | | | | | | |
| 260. - MA St Wtr Pollutn Municipal Bonds | | | | | | | | | |
| 261. - Weston MA Municipal Bond | | | | | | | | | |
| 262. - MA St Port Auth Municipal Bond | | | | | Sold (part) | 08/12 | K | | |
| 263. - MA Cons Ln GO Municipal Bond | | | | | | | | | |
| 264. - Westford MA Municipal Bond | | | | | | | | | |
| 265. - Orleans MA Municipal Bond | | | | | | | | | |
| 266. - Northampton MA Municipal Bond | | | | | | | | | |
| 267. - Stoneham MA Municipal Bond | | | | | | | | | |
| 268. - MA St Tpk Auth Municipal Bd | | | | | | | | | |
| 269. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 270. - MA St Hlth & Edl Municipal Bd | | | | | | | | | |
| 271. - MA St Gen'l Oblig Municipal Bd | | | | | | | | | |
| 272. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 03/03 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 06/24 | M | | |
| 274. | | | | | Sold (part) | 11/06 | J | | |
| 275. | | | | | Buy (add'l) | 11/12 | J | | |
| 276. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 277. - Boston, MA municipal bds (new) | | | | | Buy | 02/01 | K | | |
| 278. - SPFD Rold Tr mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 279. - US Treasury Bills (new) | | | | | Buy | 11/03 | M | | |
| 280. | | | | | Sold (part) | 11/10 | L | | |
| 281. Trust # 17 | E | Distribution | O | T | | | | | |
| 282. - Mashpee MA Municipal Bond | | | | | Sold | 02/01 | K | | |
| 283. - MA GO Rfdg ds Municipal Bonds | | | | | | | | | |
| 284. - MA Spl Oblig Municipal Bond | | | | | | | | | |
| 285. - MA St Wtr Pollutn Municipal Bond | | | | | | | | | |
| 286. - Weston MA Municipal Bond | | | | | | | | | |
| 287. - MA St Port Auth Municipal Bond | | | | | Sold (part) | 08/12 | K | | |
| 288. - MA St Cons Ln GO Municipal Bond | | | | | | | | | |
| 289. - Westford MA Municipal Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Orleans MA Municipal Bond | | | | | | | | | |
| 291. - Northampton MA Municipal Bond | | | | | | | | | |
| 292. - Stoneham MA Municipal Bond | | | | | | | | | |
| 293. - MA St Tpk Auth Municipal Bd | | | | | | | | | |
| 294. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 295. - MA St G/O Municipal Bds | | | | | | | | | |
| 296. - Federated USTreas Cash Rsv cash eq mutual fund | | | | | Sold (part) | 03/03 | K | | |
| 297. | | | | | Sold (part) | 06/24 | M | | |
| 298. | | | | | Sold (part) | 11/16 | J | | |
| 299. | | | | | Buy (add'l) | 11/12 | J | | |
| 300. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 301. - Boston, MA municipal bds (new) | | | | | Buy | 02/01 | K | | |
| 302. - SPDR Gold Tr mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 303. - US Treasury Bills (new) | | | | | Buy | 11/03 | M | | |
| 304. | | | | | Sold (part) | 11/10 | L | | |
| 305. Park St Capital V LP | F | Distribution | O | U | Buy (add'l) | 01/03 | K | | |
| 306. | | | | | Buy (add'l) | 05/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 06/24 | J | | |
| 308. | | | | | Buy (add'l) | 09/30 | J | | |
| 309. | | | | | Buy (add'l) | 12/09 | K | | |
| 310. | | | | | Buy (add'l) | 12/30 | J | | |
| 311. Abrams Capital Partners II LP | | None | | | Distributed | 12/31 | P1 | | See Part VIII |
| 312. Buenos Aires Residential Co LLC | F | Distribution | L | U | | | | | |
| 313. Chilton QP Inv Partners LP | B | Distribution | | | Sold | 01/18 | P1 | | |
| 314. GMO Emerging Markets Fd Cl III mutual fund | G | Dividend | | | Buy (add'l) | 07/15 | O | | |
| 315. | | | | | Sold (part) | 06/19 | O | | |
| 316. | | | | | Sold | 08/19 | P1 | | |
| 317. Kensico Associates LP | | None | P1 | U | | | | | |
| 318. Novem LP | | None | | | Sold | 12/31 | P1 | | |
| 319. Plymouth Rock Co Inc OC Cl A - common stock | G | Dividend | P2 | T | Buy (add'l) | 05/14 | O | | |
| 320. Tremblant Partners LP | | None | | | Sold (part) | 01/24 | O | | |
| 321. | | | | | Sold | 07/29 | P1 | | |
| 322. CA St Municipal Bds | D | Interest | M | T | Sold (part) | 01/24 | M | C | |
| 323. | | | | | Sold (part) | 03/20 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Fulton Cnty GA Municipal Bd | A | Interest | | | Sold | 01/10 | M | | |
| 325. Texas Mun Pwr Municipal Bds | E | Interest | N | T | | | | | |
| 326. PIMCO Commodity Real Return Mutual Fund | | None | | | Sold | 10/28 | J | | |
| 327. Buenos Aires Residential Co II LLC | F | Distribution | M | U | | | | | |
| 328. Friends of Lime Rock III LP | F | Distribution | O | U | Buy (add'l) | 02/29 | J | | |
| 329. | | | | | Buy (add'l) | 04/17 | K | | |
| 330. | | | | | Buy (add'l) | 05/28 | L | | |
| 331. | | | | | Buy (add'l) | 06/26 | J | | |
| 332. | | | | | Buy (add'l) | 09/04 | K | | |
| 333. | | | | | Buy (add'l) | 12/22 | K | | |
| 334. | | | | | Buy (add'l) | 12/31 | K | | |
| 335. Highfields Capital II LP | | None | P1 | U | Sold (part) | 12/31 | P1 | | |
| 336. Millgate Partners II, LP | | None | P1 | U | | | | | |
| 337. WMD, LP | | None | J | U | | | | | |
| 338. Park St Natural Resource Fund II Combined (Private Equity) | F | Distribution | O | U | Buy (add'l) | 03/26 | J | | |
| 339. | | | | | Buy (add'l) | 04/11 | K | | |
| 340. | | | | | Sold (part) | 06/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 06/24 | K | | |
| 342. | | | | | Buy (add'l) | 09/25 | K | | |
| 343. | | | | | Buy (add'l) | 10/01 | K | | |
| 344. | | | | | Sold (part) | 11/24 | J | | |
| 345. | | | | | Buy (add'l) | 12/29 | J | | |
| 346. Park Street Capital VI (Private Equity Fd) | F | Distribution | O | U | Buy (add'l) | 01/03 | K | | |
| 347. | | | | | Buy (add'l) | 06/24 | J | | |
| 348. | | | | | Buy (add'l) | 06/25 | J | | |
| 349. | | | | | Buy (add'l) | 07/07 | K | | |
| 350. | | | | | Buy (add'l) | 08/21 | J | | |
| 351. | | | | | Buy (add'l) | 09/30 | J | | |
| 352. | | | | | Buy (add'l) | 12/09 | K | | |
| 353. Park Street Cap Natureal Resource Fd II Al V (PrivateEq) | | None | L | U | | | | | |
| 354. Patron Capital LP II | E | Distribution | P1 | U | Buy (add'l) | 03/12 | N | | |
| 355. Orion Eruopean Real Estate Fd II, C.V., LP | E | Distribution | N | U | Buy (add'l) | 7/21 | L | | |
| 356. US Dublin LLC | | None | L | U | | | | | |
| 357. Aberdeen Bus Tr Asia Pac Ex Japan Fd LP | F | Distribution | | | Sold | 10/01 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  Europa Fund II US LP | G | Distribution | P1 | U | Buy (add'l) | 03/11 | L | | |
| 359. | | | | | Buy (add'l) | 09/24 | K | | |
| 360.  Weston Presidio V LP | | None | M | U | Buy (add'l) | 02/12 | J | | |
| 361. | | | | | Buy (add'l) | 04/28 | J | | |
| 362. | | | | | Buy (add'l) | 06/25 | J | | |
| 363. | | | | | Buy (add'l) | 0826 | J | | |
| 364.  IL St Municipal Bds | E | Interest | N | T | | | | | |
| 365.  NJ Dev Auth Municipal Bds | D | Interest | N | T | | | | | |
| 366.  Trust #18 | G | Distribution | P1 | T | | | | | |
| 367.  - Northhampton, MA Unltd Tax GO Municipal Bds | | | | | | | | | |
| 368.  - Westford, MA Ltd Tax GO Municipal Bds | | | | | | | | | |
| 369.  - Chelmsford, MA GO Municipal Bds | | | | | | | | | |
| 370.  - Mashpee, MA GO Municipal Bds | | | | | Sold | 02/01 | K | | |
| 371.  - MA St Wtr Pollution Municipal Bds | | | | | | | | | |
| 372.  - Orleans, MA Genl Oblig Municipal Bds | | | | | | | | | |
| 373.  - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 374.  - Weston, MA Gen'l Oblig Municipal Fds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - MA St Genl Oblig Municipal Bd | | | | | | | | | |
| 376. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 377. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/15 | N | | |
| 378. | | | | | Buy (add'l) | 02/15 | K | | |
| 379. | | | | | Buy (add'l) | 02/21 | P1 | | |
| 380. | | | | | Buy (add'l) | 03/04 | J | | |
| 381. | | | | | Buy (add'l) | 05/29 | P1 | | |
| 382. | | | | | Buy (add'l) | 06/06 | K | | |
| 383. | | | | | Buy (add'l) | 07/02 | J | | |
| 384. | | | | | Buy (add'l) | 08/04 | J | | |
| 385. | | | | | Buy (add'l) | 10/08 | K | | |
| 386. | | | | | Buy (add'l) | 10/14 | P1 | | |
| 387. | | | | | Buy (add'l) | 12/09 | J | | |
| 388. | | | | | Buy (add'l) | 12/23 | J | | |
| 389. | | | | | Sold (part) | 02/29 | P1 | | |
| 390. | | | | | Sold (part) | 03/03 | M | | |
| 391. | | | | | Sold (part) | 04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 06/20 | N | | |
| 393. | | | | | Sold (part) | 09/09 | J | | |
| 394. | | | | | Sold (part) | 10/08 | O | | |
| 395. | | | | | Sold (part) | 10/29 | O | | |
| 396. | | | | | Sold (part) | 11/06 | P1 | | |
| 397. - PIMCO Foreign Bd Fd mutual fd | | | | | Buy (add'l) | 06/19 | K | | |
| 398. | | | | | Buy (add'l) | 10/07 | L | | |
| 399. | | | | | Sold (part) | 10/10 | O | | |
| 400. | | ' | | | Buy (add'l) | 10/28 | O | | |
| 401. | | | | | Buy (add'l) | 12/10 | M | | |
| 402. - SPDR Gold Tr (formerly Streettracks Gold Tr) mutual fund | | | | | | | | | |
| 403. - US Treasury Bills | | | | | Buy (add'l) | 02/21 | P1 | | |
| 404. | | | | | Sold (part) | 05/29 | P1 | | |
| 405. | | | | | Buy (add'l) | 11/03 | P1 | | |
| 406. | | | | | Sold (part) | 12/05 | P1 | | |
| 407. - Vanguard Energy Fd-Invest mutual fd | | | | | Buy (add'l) | 03/27 | J | | |
| 408. | | | | | Buy (add'l) | 06/19 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 10/13 | L | | |
| 410. - Vanguard Tax Mgd Cap App Inv mutual fd | | | | | Sold | 04/13 | M | | |
| 411. - Vanguard Tax Mgd Sml Cap Inv mutual fd | | | | | Sold | 10/13 | K | | |
| 412. - Vanguard Tax Mgd Int-Inv mutual fd | | | | | Sold | 10/13 | L | | |
| 413. - Vanguard Emerging Markets mutual fund | | | | | Sold | 10/07 | K | | |
| 414. - Boston, MA municipal bds (new) | | | | | Buy | 02/01 | K | | |
| 415. - Vanguard Inflat Protected mutual fund (new) | | | | | Buy | 12/05 | P1 | | |
| 416. Trust #19 | G | Distribution | P1 | T | | | | | |
| 417. - Northhampton, MA Unltd Tax GO Municipal Fds | | | | | | | | | |
| 418. - Westford, MA Ltd Tax GO Municipal Bds | | | | | | | | | |
| 419. - Chelmsford, MA GO Municipal Bds | | | | | | | | | |
| 420. - Mashpee, MA GO Municipal Bds | | | | | Sold | 02/01 | K | | |
| 421. - Orleans MA Gen'l Oblig Municipal Bds | | | | | | | | | |
| 422. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 423. - Weston, MA Gen;l Oblg Municipal Bds | | | | | | | | | |
| 424. - MA St Wtr Polltn Municipal Bds | | | | | | | | | |
| 425. - MA St Genl Oblig Municipal bd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.   - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 427.   - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/15 | N | | |
| 428. | | | | | Buy (add'l) | 02/15 | K | | |
| 429. | | | | | Buy (add'l) | 02/21 | P1 | | |
| 430. | | | | | Buy (add'l) | 03/04 | J | | |
| 431. | | | | | Buy (add'l) | 05/29 | P1 | | |
| 432. | | | | | Buy (add'l) | 06/06 | K | | |
| 433. | | | | | Buy (add'l) | 08/04 | J | | |
| 434. | | | | | Buy (add'l) | 10/08 | K | | |
| 435. | | | | | Buy (add'l) | 10/14 | P1 | | |
| 436. | | | | | Buy (add'l) | 12/02 | J | | |
| 437. | | | | | Buy (add'l) | 12/09 | J | | |
| 438. | | | | | Sold (part) | 01/10 | J | | |
| 439. | | | | | Sold (part) | 02/29 | P1 | | |
| 440. | | | | | Sold (part) | 03/03 | M | | |
| 441. | | | | | Sold (part) | 06/20 | N | | |
| 442. | | | | | Sold (part) | 09/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 10/08 | O | | |
| 444. | | | | | Sold (part) | 10/29 | O | | |
| 445. | | | | | Sold (part) | 11/06 | P1 | | |
| 446. | | | | | Sold (part) | 12/08 | J | | |
| 447.  - PIMCO Foreign Bd Fd mutual fd | | | | | Buy (add'l) | 06/19 | M | | |
| 448. | | | | | Buy (add'l) | 10/07 | O | | |
| 449. | | | | | Sold (part) | 10/10 | O | | |
| 450. | | | | | Buy (add'l) | 10/28 | O | | |
| 451. | | | | | Buy (add'l) | 12/10 | M | | |
| 452.  - SPDR Gold Tr (formerly Streettracks Gold Tr) mutual fund | | | | | | | | | |
| 453.  - US Treasury Bills | | | | | Sold (part) | 02/21 | P2 | | |
| 454. | | | | | Buy (add'l) | 02/26 | P1 | | |
| 455. | | | | | Sold (part) | 05/29 | P1 | | |
| 456. | | | | | Buy (add'l) | 11/03 | P1 | | |
| 457. | | | | | Sold (part) | 12/05 | P1 | | |
| 458.  - Vanguard Energy Fd-Invest mutual fd | | | | | Buy (add'l) | 03/27 | J | | |
| 459. | | | | | Buy (add'l) | 06/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold | 10/13 | L | | |
| 461. - Vanguard Tax Mgd Cap App Inv mutual fd | | | | | Sold | 10/13 | M | | |
| 462. - Vanguard Tax Mgd Sml cap Inv mutual fd | | | | | Sold | 10/13 | K | | |
| 463. - Vanguard Tax Mgd Int-Inv mutual fd | | | | | Sold | 10/13 | L | | |
| 464. - Vanguard Emerging Markets mutual fd | | | | | Sold | 10/07 | K | | |
| 465. - Boston, MA municipal bds (new) | | | | | Buy | 02/01 | K | | |
| 466. - Vanguard Inflat Protected mutual fund (new) | | | | | Buy | 12/05 | P1 | | |
| 467. Trust #20 | G | Distribution | P1 | T | | | | | |
| 468. - Northhampton, MA Unltd Tax GO Municipal Bds | | | | | | | | | |
| 469. - Westford, MA Ltd Tax GO Municipal Bds | | | | | | | | | |
| 470. - Chelmsford, MA GO Municipal Bds | | | | | | | | | |
| 471. - Mashpee, MA GO Municipal Bds | | | | | Sold | 02/01 | K | | |
| 472. - Orleans, MA Gen'l Oblig Municipal Bds | | | | | | | | | |
| 473. - University MA Bldg Auth Municipal Bds | | | | | | | | | |
| 474. - Weston, MA Gen'l Oblig Municipal Bds | | | | | | | | | |
| 475. - MA St Wtr Polltn Municipal Bds | | | | | | | | | |
| 476. - MA St Genl Oblig Municipal bd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 478. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/15 | N | | |
| 479. | | | | | Buy (add'l) | 02/15 | K | | |
| 480. | | | | | Buy (add'l) | 02/21 | P1 | | |
| 481. | | | | | Buy (add'l) | 03/04 | J | | |
| 482. | | | | | Buy (add'l) | 04/11 | J | | |
| 483. | | | | | Buy (add'l) | 05/29 | P1 | | |
| 484. | | | | | Buy (add'l) | 06/06 | K | | |
| 485. | | | | | Buy (add'l) | 08/04 | J | | |
| 486. | | | | | Buy (add'l) | 09/03 | J | | |
| 487. | | | | | Buy (add'l) | 10/08 | K | | |
| 488. | | | | | Buy (add'l) | 10/14 | P1 | | |
| 489. | | | | | Buy (add'l) | 11/04 | J | | |
| 490. | | | | | Buy (add'l) | 12/02 | J | | |
| 491. | | | | | Buy (add'l) | 12/09 | J | | |
| 492. | | | | | Buy (add'l) | 12/23 | J | | |
| 493. | | | | | Sold (part) | 0/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 02/29 | P1 | | |
| 495. | | | | | Sold (part) | 03/03 | M | | |
| 496. | | | | | Sold (part) | 04/10 | J | | |
| 497. | | | | | Sold (part) | 06/11 | J | | |
| 498. | | | | | Sold (part) | 06/20 | N | | |
| 499. | | | | | Sold (part) | 09/9 | J | | |
| 500. | | | | | Sold (part) | 10/08 | O | | |
| 501. | | | | | Sold (part) | 10/29 | O | | |
| 502. | | | | | Sold (part) | 11/16 | P1 | | |
| 503. | | | | | Sold (part) | 12/08 | J | | |
| 504.   - PIMCO Foreign Bd Fd mutula fd | | | | | Buy (add'l) | 06/19 | M | | |
| 505. | | | | | Buy (add'l) | 10/07 | O | | |
| 506. | | | | | Sold (part) | 10/10 | O | | |
| 507. | | | | | Buy (add'l) | 10/28 | O | | |
| 508. | | | | | Buy (add'l) | 12/10 | M | | |
| 509.   - SPDR Gold Tr (formerly Streettracks Gold Tr) mutual fd | | | | | | | | | |
| 510.   - US Treasury Bills | | | | | Sold (part) | 02/21 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. | | | | | Buy (add'l) | 02/26 | P1 | | |
| 512. | | | | | Sold (part) | 05/29 | P1 | | |
| 513. | | | | | Buy (add'l) | 11/03 | P1 | | |
| 514. | | | | | Sold (part) | 12/05 | P1 | | |
| 515. - Vanguard Energy Fd-Invest mutual fd | | | | | Buy (add'l) | 03/27 | J | | |
| 516. | | | | | Buy (add'l) | 06/19 | L | | |
| 517. | | | | | Sold | 10/13 | L | | |
| 518. - Vanguard Tax Mgd Cap App Inv mutual fd | | | | | Sold | 10/13 | M | | |
| 519. - Vanguard Tax Mgd Sml Cap Inv mutual fd | | | | | Sold | 10/13 | K | | |
| 520. - Vanguard Tax Mgd Int-Inv mutual fd | | | | | Sold | 10/13 | L | | |
| 521. - Vanguard Emerging Markets mutual fd | | | | | Sold | 10/07 | K | | |
| 522. - Boston, MA municipal bds (new) | | | | | Buy | 02/01 | K | | |
| 523. - Vanguard Inflat Protected mutual fund (new) | | | | | Buy | 12/05 | P1 | | |
| 524. Trust #21 | G | Distribution | P1 | T | | | | | |
| 525. - Northhampton, MA Unltd Tax GO Municipal Bds | | | | | | | | | |
| 526. - Westford, MA Ltd Tax GO Municipal Bds | | | | | | | | | |
| 527. - Chelmsford, MA GO Municipal Bds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Mashpee, MA GO Municipal Bds | | | | | Sold | 02/01 | K | | |
| 529. - MA St Wtr Pollution Municipal Bds | | | | | | | | | |
| 530. - Orleans, MA Gen'l Oblig Municipal Bds | | | | | | | | | |
| 531. - Weston, MA Gen'l Oblig Municipal Bds | | | | | | | | | |
| 532. - MA St Genl Oblig Municipal bd | | | | | | | | | |
| 533. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 12/16 | J | | |
| 534. - Federated US Treas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/15 | N | | |
| 535. | | | | | Buy (add'l) | 02/15 | K | | |
| 536. | | | | | Buy (add'l) | 02/21 | P1 | | |
| 537. | | | | | Buy (add'l) | 03/04 | J | | |
| 538. | | | | | Buy (add'l) | 05/29 | P1 | | |
| 539. | | | | | Buy (add'l) | 06/06 | K | | |
| 540. | | | | | Buy (add'l) | 07/02 | J | | |
| 541. | | | | | Buy (add'l) | 09/03 | J | | |
| 542. | | | | | Buy (add'l) | 10/08 | K | | |
| 543. | | | | | Buy (add'l) | 10/14 | P1 | | |
| 544. | | | | | Buy (add'l) | 12/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 12/23 | J | | |
| 546. | | | | | Sold (part) | 01/10 | J | | |
| 547. | | | | | Sold (part) | 02/29 | P1 | | |
| 548. | | | | | Sold (part) | 03/03 | M | | |
| 549. | | | | | Sold (part) | 06/11 | J | | |
| 550. | | | | | Sold (part) | 06/20 | N | | |
| 551. | | | | | Sold (part) | 10/08 | O | | |
| 552. | | | | | Sold (part) | 10/29 | O | | |
| 553. | | | | | Sold (part) | 11/06 | P1 | | |
| 554. | | | | | Sold (part) | 12/08 | J | | |
| 555. - PIMCO Foreign Bd Fd mutual fd | | | | | Buy (add'l) | 06/19 | M | | |
| 556. | | | | | Buy (add'l) | 10/07 | O | | |
| 557. | | | | | Sold (part) | 10/10 | O | | |
| 558. | | | | | Buy (add'l) | 10/28 | O | | |
| 559. | | | | | Buy (add'l) | 12/10 | M | | |
| 560. - SPDR Gold Tr (formerly Streettracks Gold Tr) mutual fd | | | | | | | | | |
| 561. - US Treasury Bills | | | | | Sold (part) | 02/21 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 02/26 | P1 | | |
| 563. | | | | | Sold (part) | 05/29 | P1 | | |
| 564. | | | | | Buy (add'l) | 11/03 | P1 | | |
| 565. | | | | | Sold (part) | 12/05 | P1 | | |
| 566. - Vanguard Energy Fd mutual fd | | | | | Buy (add'l) | 03/27 | J | | |
| 567. | | | | | Buy (add'l) | 06/19 | L | | |
| 568. | | | | | Sold | 10/13 | L | | |
| 569. - Vanguard Tax Mgd Cap App Inv muutal fd | | | | | Sold | 10/13 | M | | |
| 570. - Vanguard Tax Mgd Sml Cap Inv mutual fd | | | | | Sold | 10/13 | K | | |
| 571. - Vanguard Tax Mgd Int-Inv mutual fd | | | | | Sold | 10/13 | L | | |
| 572. - Vanguard Emerging Markets mutual fd | | | | | Sold | 10/7 | K | | |
| 573. - Boston, MA municipal bds (new) | | | | | Buy | 02/01 | K | | |
| 574. - Vanguard Inflat Protected mutual fund (new) | | | | | Buy | 12/05 | P1 | | |
| 575. TA Investors L.P | | None | J | W | | | | | |
| 576. Liberty Square Partners LP | | None | | | Sold | 12/31 | P1 | | |
| 577. Wavemark Inc Ser A pfd stock | | None | N | T | | | | | |
| 578. Centerbridge Cap Ptnrs LP (Priv. Eq) | C | Distribution | P1 | U | Buy (add'l) | 01/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 01/14 | J | | |
| 580. | | | | | Buy (add'l) | 02/07 | M | | |
| 581. | | | | | Buy (add'l) | 03/17 | J | | |
| 582. | | | | | Buy (add'l) | 04/03 | J | | |
| 583. | | | | | Buy (add'l) | 04/10 | M | | |
| 584. | | | | | Buy (add'l) | 04/21 | M | | |
| 585. | | | | | Buy (add'l) | 06/20 | M | | |
| 586. | | | | | Buy (add'l) | 07/17 | M | | |
| 587. | | | | | Buy (add'l) | 07/29 | L | | |
| 588. | | | | | Buy (add'l) | 10/07 | M | | |
| 589. | | | | | Buy (add'l) | 10/27 | K | | |
| 590. | | | | | Buy (add'l) | 11/26 | L | | |
| 591. Chilton Invstmt Co LLC (Priv Eq ) | | None | | | Sold | 01/18 | P1 | | |
| 592. Global Hotel Cap B V (priv Eq) | | None | M | U | | | | | |
| 593. Lime Rock Partners IV LP | | None | N | U | Buy (add'l) | 02/14 | K | | |
| 594. | | | | | Buy (add'l) | 03/25 | J | | |
| 595. | | | | | Buy (add'l) | 04/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 05/09 | K | | |
| 597. | | | | | Buy (add'l) | 05/22 | J | | |
| 598. | | | | | Buy (add'l) | 06/19 | L | | |
| 599. | | | | | Buy (add'l) | 08/06 | J | | |
| 600. | | | | | Buy (add'l) | 09/12 | M | | |
| 601. | | | | | Buy (add'l) | 10/03 | K | | |
| 602. Park St Cap Priv Eq Fd VII A LP | C | Distribution | N | U | Buy (add'l) | 01/02 | K | | |
| 603. | | | | | Buy (add'l) | 03/24 | J | | |
| 604. | | | | | Buy (add'l) | 04/01 | K | | |
| 605. | | | | | Buy (add'l) | 07/07 | K | | |
| 606. | | | | | Buy (add'l) | 09/30 | K | | |
| 607. Park St Cap Natural Res Fd III LP (priv Eq) | D | Distribution | O | U | Buy (add'l) | 01/07 | L | | |
| 608. | | | | | Buy (add'l) | 04/14 | K | | |
| 609. | | | | | Buy (add'l) | 05/15 | K | | |
| 610. | | | | | Buy (add'l) | 07/07 | K | | |
| 611. | | | | | Buy (add'l) | 09/30 | K | | |
| 612. | | | | | Buy (add'l) | 12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 12/29 | J | | |
| 614. Polaris Vent Part Entrep Fd V LP | | None | N | U | Buy (add'l) | 02/11 | K | | |
| 615. | | | | | Buy (add'l) | 06/02 | K | | |
| 616. | | | | | Buy (add'l) | 06/16 | L | | |
| 617. | | | | | Buy (add'l) | 09/12 | K | | |
| 618. | | | | | Buy (add'l) | 10/17 | L | | |
| 619. Summit Ptrns Priv Eq Fd VII-A | D | Distribution | N | U | Buy (add'l) | 02/04 | K | | |
| 620. | | | | | Buy (add'l) | 03/31 | K | | |
| 621. | | | | | Buy (add'l) | 04/18 | K | | |
| 622. | | | | | Buy (add'l) | 05/15 | J | | |
| 623. | | | | | Buy (add'l) | 08/20 | J | | |
| 624. | | | | | Buy (add'l) | 10/21 | K | | |
| 625. | | | | | Buy (add'l) | 12/19 | J | | |
| 626. | | | | | Buy (add'l) | 12/31 | K | | |
| 627. TA X LP (Priv Eq) | E | Distribution | P1 | U | Buy (add'l) | 01/22 | K | | |
| 628. | | | | | Buy (add'l) | 05/27 | M | | |
| 629. | | | | | Buy (add'l) | 07/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 08/14 | K | | |
| 631. | | | | | Buy (add'l) | 08/29 | M | | |
| 632. | | | | | Buy (add'l) | 09/12 | K | | |
| 633. | | | | | Buy (add'l) | 09/24 | K | | |
| 634. | | | | | Buy (add'l) | 12/05 | K | | |
| 635. SPDR Gold Tr (formerly Streettracks Gold Trust) mutual fd | | None | P1 | T | Sold (part) | 06/18 | P1 | G | |
| 636. Realty Assoc Fd V Corp (REIT) | A | Dividend | J | W | | | | | |
| 637. AZ Health Facs Auth Municipal bonds | A | Interest | | | Sold | 01/10 | M | | |
| 638. AZ School Facs Municipal bonds | C | Interest | | | Sold | 09/08 | M | A | |
| 639. Bloomington, MN Municipal bonds | A | Interest | | | Sold | 01/10 | N | D | |
| 640. Elk River, MN Municipal bds | A | Interest | | | Sold | 01/16 | N | D | |
| 641. Greenville, SC Municipal bds | D | Interest | M | T | Sold (part) | 01/10 | M | | |
| 642. IL Edl Facs Municipal bds | C | Interest | | | Sold | 08/05 | M | | |
| 643. Maricopa Cty, AZ Municipal bds | C | Interest | M | T | | | | | |
| 644. Minneapolis, MN Municipal bds | D | Interest | M | T | | | | | |
| 645. Minneapolis/St Paul, MN Municipal bds | B | Interest | | | Sold | 02/19 | M | C | |
| 646. Montgomery Cty, PA Municipal fds | D | Interest | | | Sold | 02/02 | N | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,000 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647.  NJ St Municipal bds | D | Interest | | | Sold | 09/18 | N | A | |
| 648.  Onslow, NC Municipal bds | D | Interest | | | Sold | 10/17 | M | | |
| 649.  Orlando & Orange Cty, FL Municipal bds | C | Interest | | | Sold | 05/01 | M | | |
| 650.  Regional Trans Dist, CO Municipal bds | D | Interest | | | Sold | 05/16 | N | D | |
| 651.  San Antonio, TX Municipal bds | E | Interest | N | T | Sold (part) | 04/08 | M | B | |
| 652.  Sweetwater, WY Municipal bds | D | Interest | M | T | | | | | |
| 653.  University Idaho Municipal bds | C | Interest | M | T | | | | | |
| 654.  University Cincinnati, OH Municipal bds | B | Interest | | | Sold | 04/24 | M | A | |
| 655.  Walled Lake, MI Municipal bds (new) | D | Interest | M | T | | | | | |
| 656.  UBS RMA TaxFree Fd cash eq mutual fd | A | Dividend | L | T | Buy (add'l) | 04/15 | L | | |
| 657. | | | | | Buy (add'l) | 08/01 | J | | |
| 658. | | | | | Buy (add'l) | 09/01 | J | | |
| 659.  Federated US Treas Cash Rsv cash eq mutual fd | E | Dividend | P1 | T | Buy (add'l) | 01/03 | N | | |
| 660. | | | | | Buy (add'l) | 01/04 | J | | |
| 661. | | | | | Buy (add'l) | 01/10 | K | | |
| 662. | | | | | Buy (add'l) | 01/18 | P1 | | |
| 663. | | | | | Buy (add'l) | 01/24 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 01/28 | J | | |
| 665. | | | | | Buy (add'l) | 02/04 | M | | |
| 666. | | | | | Buy (add'l) | 02/06 | J | | |
| 667. | | | | | Buy (add'l) | 02/11 | L | | |
| 668. | | | | | Buy (add'l) | 02/20 | L | | |
| 669. | | | | | Buy (add'l) | 02/25 | M | | |
| 670. | | | | | Buy (add'l) | 03/03 | J | | |
| 671. | | | | | Buy (add'l) | 03/04 | N | | |
| 672. | | | | | Buy (add'l) | 03/1o | K | | |
| 673. | | | | | Buy (add'l) | 03/24 | M | | |
| 674. | | | | | Buy (add'l) | 04/01 | K | | |
| 675. | | | | | Buy (add'l) | ·04/07 | N | | |
| 676. | | | | | Buy (add'l) | 04/08 | P2 | | |
| 677. | | | | | Buy (add'l) | 04/15 | N | | |
| 678. | | | | | Buy (add'l) | 04/17 | N | | |
| 679. | | | | | Buy (add'l) | 04/22 | M | | |
| 680. | | | | | Buy (add'l) | 05/01 | J | | |

| 1. Income Gaio Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 05/12 | P1 | | |
| 682. | | | | | Buy (add'l) | 05/27 | N | | |
| 683. | | | | | Buy (add'l) | 06/02 | J | | |
| 684. | | | | | Buy (add'l) | 06/09 | P1 | | |
| 685. | | | | | Buy (add'l) | 06/16 | O | | |
| 686. | | | | | Buy (add'l) | 06/20 | P1 | | |
| 687. | | | | | Buy (add'l) | 06/23 | P1 | | |
| 688. | | | | | Buy (add'l) | 07/01 | M | | |
| 689. | | | | | Buy (add'l) | 07/07 | O | | |
| 690. | | | | | Buy (add'l) | 07/14 | O | | |
| 691. | | | | | Buy (add'l) | 07/17 | J | | |
| 692. | | | | | Buy (add'l) | 08/01 | K | | |
| 693. | | | | | Buy (add'l) | 07/22 | K | | |
| 694. | | | | | Buy (add'l) | 07/29 | P1 | | |
| 695. | | | | | Buy (add'l) | 08/06 | K | | |
| 696. | | | | | Buy (add'l) | 08/20 | P1 | | |
| 697. | | | | | Buy (add'l) | 08/28 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transact ons (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 09/02 | K | | |
| 699. | | | | | Buy (add'l) | 09/17 | L | | |
| 700. | | | | | Buy (add'l) | 09/18 | O | | |
| 701. | | | | | Buy (add'l) | 09/29 | O | | |
| 702. | | | | | Buy (add'l) | 10/02 | P1 | | |
| 703. | | | | | Buy (add'l) | 10/09 | N | | |
| 704. | | | | | Buy (add'l) | 10/14 | P1 | | |
| 705. | | | | | Buy (add'l) | 10/24 | M | | |
| 706. | | | | | Buy (add'l) | 11/05 | P2 | | |
| 707. | | | | | Buy (add'l) | 11/12 | P1 | | |
| 708. | | | | | Buy (add'l) | 11/17 | K | | |
| 709. | | | | | Buy (add'l) | 11/19 | O | | |
| 710. | | | | | Buy (add'l) | 12/02 | K | | |
| 711. | | | | | Buy (add'l) | 12/11 | M | | |
| 712. | | | | | Buy (add'l) | 12/24 | J | | |
| 713. | | | | | Buy (add'l) | 12/30 | P1 | | |
| 714. | | | | | Sold (part) | 01/02 | P2 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold (part) | 01/07 | L | | |
| 716. | | | | | Sold (part) | 01/08 | P1 | | |
| 717. | | | | | Sold (part) | 01/10 | N | | |
| 718. | | | | | Sold (part) | 01/22 | P1 | | |
| 719. | | | | | Sold (part) | 01/31 | M | | |
| 720. | | | | | Sold (part) | 02/07 | M | | |
| 721. | | | | | Sold (part) | 03/06 | M | | |
| 722. | | | | | Sold (part) | 03/13 | N | | |
| 723. | | | | | Sold (part) | 04/07 | N | | |
| 724. | | | | | Sold (part) | 04/10 | J | | |
| 725. | | | | | Sold (part) | 04/14 | J | | |
| 726. | | | | | Sold (part) | 04/15 | P2 | | |
| 727. | | | | | Sold (part) | 05/12 | J | | |
| 728. | | | | | Sold (part) | 05/14 | P1 | | |
| 729. | | | | | Sold (part) | 05/28 | L | | |
| 730. | | | | | Sold (part) | 06/10 | P1 | | |
| 731. | | | | | Sold (part) | 05/29 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 06/23 | O | | |
| 733. | | | | | Sold (part) | 06/25 | P1 | | |
| 734. | | | | | Sold (part) | 06/27 | P1 | | |
| 735. | | | | | Sold (part) | 07/10 | J | | |
| 736. | | | | | Sold (part) | 07/15 | P1 | | |
| 737. | | | | | Sold (part) | 07/17 | M | | |
| 738. | | | | | Sold (part) | 07/21 | M | | |
| 739. | | | | | Sold (part) | 08/04 | M | | |
| 740. | | | | | Sold (part) | 08/12 | J | | |
| 741. | | | | | Sold (part) | 08/22 | M | | |
| 742. | | | | | Sold (part) | 08/26 | J | | |
| 743. | | | | | Sold (part) | 08/27 | M | | |
| 744. | | | | | Sold (part) | 09/02 | J | | |
| 745. | | | | | Sold (part) | 09/09 | P1 | | |
| 746. | | | | | Sold (part) | 09/12 | O | | |
| 747. | | | | | Sold (part) | 09/24 | O | | |
| 748. | | | | | Sold (part) | 10/01 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 49 of 75

**Name of Person Reporting**

SARIS, PATTI B.

**Date of Report**

05/13/2009

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 749. | | | | | Sold (part) | 10/09 | P1 | | |
| 750. | | | | | Sold (part) | 10/23 | O | | |
| 751. | | | | | Sold (part) | 10/30 | P1 | | |
| 752. | | | | | Sold (part) | 11/05 | P1 | | |
| 753. | | | | | Sold (part) | 11/06 | P2 | | |
| 754. | | | | | Sold (part) | 11/12 | P1 | | |
| 755. | | | | | Sold (part) | 11/26 | N | | |
| 756. | | | | | Sold (part) | 12/04 | K | | |
| 757. | | | | | Sold (part) | 12/05 | K | | |
| 758. | | | | | Sold (part) | 12/09 | M | | |
| 759. | | | | | Sold (part) | 12/22 | K | | |
| 760. | | | | | Sold (part) | 12/24 | K | | |
| 761. US Treasury Bills | E | Interest | O | T | Buy | 01/07 | P1 | | |
| 762. | | | | | Sold (part) | 04/03 | P1 | | |
| 763. | | | | | Sold (part) | 04/07 | P1 | | |
| 764. | | | | | Buy (add'l) | 01/18 | P1 | | |
| 765. | | | | | Buy (add'l) | 03/31 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 10/06 | P1 | | |
| 767. | | | | | Buy (add'l) | 11/03 | P1 | | |
| 768. | | | | | Sold (part) | 11/04 | P1 | | |
| 769. | | | | | Sold (part) | 11/10 | P1 | | |
| 770. Local Motors Series A pfd closely held | | None | J | W | | | | | |
| 771. PIMCO Developing Local Mkt Fd mutual fd | F | Dividend | | | Sold | 10/10 | P1 | | |
| 772. Van Eck Intl Invest Gold A mutual fd | G | Dividend | P1 | T | Buy (add'l) | 12/22 | M | | |
| 773. | | | | | Buy (add'l) | 01/02 | N | | |
| 774. Hephaestion II LP priv eq | | None | M | U | | | | | |
| 775. Hephaestion Retail LP priv eq | | None | L | U | Buy (add'l) | 01/02 | J | | |
| 776. | | | | | Buy (add'l) | 10/27 | L | | |
| 777. Rutley Russia Ppty Fd priv eq | | None | | | Sold | 12/10 | M | | |
| 778. Portland Globe Real Est Sec Fd LP | | None | P1 | U | | | | | |
| 779. Blackstone Distressed Securities Fd LP | G | Distribution | O | U | | | | | |
| 780. Penta Asia Domestic Partners LP | | None | P1 | U | | | | | |
| 781. PSC Luxembourg Hldgs LLC | | None | K | U | | | | | |
| 782. Park St Cap Nat Res Fd III Combined priv eq - added in error | | None | | | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783.  Trust # 22 | G | Int./Div. | P2 | W | | | | | |
| 784.  - MECM Assoc II LLC closely held | | | | | | | | | |
| 785.  - Baupost Val Partners LP I (new) | | | | | Buy | 01/02 | P1 | | |
| 786.  - Baupost Value Partners LP II (new) | | | | | Buy | 03/27 | P1 | | |
| 787.  - Elliott Associates LP (new) | | | | | Buy | 11/06 | P1 | | |
| 788.  - X Investment Holdings Ltd LP (new) | | | | | Buy | 04/16 | N | | |
| 789.  - US Treasury Bills (new) | | | | | Buy (add'l) | 02/25 | P1 | | |
| 790. | | | | | Sold (part) | 02/21 | P1 | | |
| 791. | | | | | Sold (part) | 03/25 | O | | |
| 792. | | | | | Sold (part) | 04/07 | M | | |
| 793. | | | | | Sold (part) | 04/14 | N | | |
| 794. | | | | | Sold | 05/29 | P1 | | |
| 795.  - Federated US Treas Cash reserve money mrkt mutual fd (new) | | | | | Buy | 01/04 | J | | |
| 796. | | | | | Buy (add'l) | 02/21 | P1 | | |
| 797. | | | | | Buy (add'l) | 03/26 | O | | |
| 798. | | | | | Buy (add'l) | 04/08 | M | | |
| 799. | | | | | Buy (add'l) | 04/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 05/29 | P1 | | |
| 801. | | | | | Buy (add'l) | 07/02 | J | | |
| 802. | | | | | Buy (add'l) | 08/04 | J | | |
| 803. | | | | | Buy (add'l) | 09/03 | J | | |
| 804. | | | | | Buy (add'l) | 10/02 | J | | |
| 805. | | | | | Buy (add'l) | 11/04 | J | | |
| 806. | | | | | Sold (part) | 01/02 | P1 | | |
| 807. | | | | | Sold (part) | 02/28 | P1 | | |
| 808. | | | | | Sold (part) | 03/27 | P1 | | |
| 809. | | | | | Sold (part) | 04/16 | N | | |
| 810. | | | | | Sold (part) | 11/06 | P1 | | |
| 811. Trust #23 | F | Int./Div. | P1 | T | | | | | |
| 812. - US Treasury Bills | | | | | Sold (part) | 02/21 | P1 | | |
| 813. | | | | | Buy (add'l) | 02/26 | P1 | | |
| 814. | | | | | Sold (part) | 03/20 | P1 | | |
| 815. | | | | | Sold (part) | 03/28 | L | | |
| 816. | | | | | Sold (part) | 05/29 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 11/03 | N | | |
| 818. | | | | | Sold (part) | 12/08 | M | | |
| 819. | | | | | Sold (part) | 12/15 | J | | |
| 820. - SPDR Gold Tr mutual fund (new) | | | | | Buy | 12/08 | N | | |
| 821. | | | | | Buy (add'l) | 12/9 | J | | |
| 822. - PIMCO Developing Local Mkt Fd mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 823. | | | | | Sold | 10/28 | M | | |
| 824. - Vanguard Emerging Markets mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 825. | | | | | Sold | 10/13 | M | | |
| 826. - Federated US Treas Cash Rsv mutual fund (new) | | | | | Buy | 12/6 | J | | |
| 827. - Allegheny Cty, PA municipal bds (new | | | | | Buy | 06/06 | K | | |
| 828. | | | | | Sold | 07/17 | K | A | |
| 829. - Auburndale, FL municipal bd (new) | | | | | Buy | 04/09 | L | | |
| 830. - Berkeley Cty, SC municipal bd (new) | | | | | Buy | 05/09 | L | | |
| 831. - Easley, SC municipal bds (new) | | | | | Buy | 06/17 | L | | |
| 832. - Florida St, municipal bds (new) | | | | | Buy | 04/15 | L | | |
| 833. | | | | | Sold (part) | 09/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Buy (add'l) | 09/05 | K | | |
| 835. - Illinois St municipal bds (new) | | | | | Buy | 04/30 | L | | |
| 836. - Intermountain Pwr Agy, UT municipal bds (new) | | | | | Buy | 04/18 | L | | |
| 837. - Long Island, NY municipal bds (new) | | | | | Buy | 09/04 | L | | |
| 838. - Maine St municipal bds (new) | | | | | Buy | 05/21 | L | | |
| 839. - Maricopa Cty, AZ municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 840. | | | | | Sold | 07/03 | L | | |
| 841. - Maryland St municipal bds (new) | | | | | Buy | 06/03 | L | | |
| 842. | | | | | Sold (part) | 08/15 | L | A | |
| 843. | | | | | Buy (add'l) | 08/20 | L | | |
| 844. | | | | | Sold | 11/07 | L | | |
| 845. - Met Trans Auth, Ny municioak bds (nes) | | | | | Buy | 09/16 | L | | |
| 846. - Minn, MN Health Care municipal bds (new) | | | | | Buy | 05/12 | L | | |
| 847. | | | | | Sold | 09/02 | L | A | |
| 848. - Mississippi St municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 849. - NY St municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 850. - Nevada St municipal bds (new) | | | | | Buy | 07/23 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B I and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C I and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold | 10/15 | L | | |
| 852. - NM St municipal bds (new) | | | | | Buy | 05/21 | L | | |
| 853. | | | | | Sold (part) | 07/17 | J | A | |
| 854. | | | | | Sold | 08/15 | K | A | |
| 855. - New York, NY City municipal bds (new) | | | | | Buy | 06/10 | L | | |
| 856. | | | | | Sold | 06/13 | L | A | |
| 857. - New York St Dorm Auth municipal Bds (new) | | | | | Buy | 05/02 | L | | |
| 858. | | | | | Buy (add'l) | 07/02 | L | | |
| 859. | | | | | Sold (part) | 09/05 | L | A | |
| 860. - New York St Twy Auth municipal bds (new) | | | | | Buy | 08/25 | L | | |
| 861. | | | | | Sold | 09/15 | L | A | |
| 862. - Nevada St Hwy municipal Bd (new) | | | | | Buy | 04/09 | L | | |
| 863. | | | | | Sold | 09/09 | L | A | |
| 864. - Regional Trans Dist, CO municiapl bds (new) | | | | | Buy | 04/08 | L | | |
| 865. - Santa Fe, NM municipal bds (new) | | | | | Buy | 05/09 | L | | |
| 866. | | | | | Sold | 07/17 | L | | |
| 867. - Seattle, WA municipal bds (new) | | | | | Buy | 04/04 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Sold | 04/17 | L | A | |
| 869.  - Texas St University Sys municipal bds (new) | | | | | Buy | 07/31 | L | | |
| 870. | | | | | Sold | 08/22 | L | A | |
| 871.  - MFB Northern Fds municipal money market fd (new) | | | | | Buy | 04/30 | O | | |
| 872. | | | | | Buy (add'l) | 06/02 | J | | |
| 873. | | | | | Buy (add'l) | 07/01 | J | | |
| 874. | | | | | Buy (add'l) | 08/01 | J | | |
| 875. | | | | | Buy (add'l) | 09/02 | J | | |
| 876. | | | | | Buy (add'l) | 10/01 | J | | |
| 877. | | | | | Buy (add'l) | 11/03 | J | | |
| 878. | | | | | Buy (add'l) | 12/01 | J | | |
| 879. Trust #24 | | None | P1 | T | | | | | |
| 880.  - US Treasury Bills | | | | | Sold (part) | 02/21 | P1 | | |
| 881. | | | | | Buy (add'l) | 02/26 | P1 | | |
| 882. | | | | | Sold (part) | 03/20 | P1 | | |
| 883. | | | | | Sold (part) | 03/28 | L | | |
| 884. | | | | | Sold (part) | 05/29 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 11/03 | N | | |
| 886. | | | | | Sold (part) | 12/08 | M | | |
| 887. | | | | | Sold (part) | 12/15 | J | | |
| 888. - SPDR Gold Tr mutual fund (new) | | | | | Buy | 12/08 | N | | |
| 889. | | | | | Buy (add'l) | 12/9 | J | | |
| 890. - PIMCO Developing Local Mkt Fd mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 891. | | | | | Sold | 10/28 | M | | |
| 892. - Vanguard Emerging Markets mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 893. | | | | | Sold | 10/13 | M | | |
| 894. - Federated US Treas Cash Rsv mutual fund (new) | | | | | Buy | 12/6 | J | | |
| 895. - Allegheny Cty, PA municipal bds (new | | | | | Buy | 06/06 | K | | |
| 896. | | | | | Sold | 07/17 | K | A | |
| 897. - Auburndale, FL municipal bd (new) | | | | | Buy | 04/09 | L | | |
| 898. - Berkeley Cty, SC municipal bd (new) | | | | | Buy | 05/09 | L | | |
| 899. - Easley, SC municipal bds (new) | | | | | Buy | 06/17 | L | | |
| 900. - Florida St, municipal bds (new) | | | | | Buy | 04/15 | L | | |
| 901. | | | | | Sold (part) | 09/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Buy (add'l) | 09/05 | K | | |
| 903. - Illinois St municipal bds (new) | | | | | Buy | 04/30 | L | | |
| 904. - Intermountain Pwr Agy, UT municipal bds (new) | | | | | Buy | 04/18 | L | | |
| 905. - Long Island, NY municipal bds (new) | | | | | Buy | 09/04 | L | | |
| 906. - Maine St municipal bds (new) | | | | | Buy | 05/21 | L | | |
| 907. - Maricopa Cty, AZ municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 908. | | | | | Sold | 07/03 | L | | |
| 909. - Maryland St municipal bds (new) | | | | | Buy | 06/03 | L | | |
| 910. | | | | | Sold (part) | 08/15 | L | A | |
| 911. | | | | | Buy (add'l) | 08/20 | L | | |
| 912. | | | | | Sold | 11/07 | L | | |
| 913. - Met Trans Auth, Ny municioak bds (nes) | | | | | Buy | 09/16 | L | | |
| 914. - Minn, MN Health Care municipal bds (new) | | | | | Buy | 05/12 | L | | |
| 915. | | | | | Sold | 09/02 | L | A | |
| 916. - Mississippi St municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 917. - NY St municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 918. - Nevada St municipal bds (new) | | | | | Buy | 07/23 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold | 10/15 | L | | |
| 920. - NM St municipal bds (new) | | | | | Buy | 05/21 | L | | |
| 921. | | | | | Sold (part) | 07/17 | J | A | |
| 922. | | | | | Sold | 08/15 | K | A | |
| 923. - New York, NY City municipal bds (new) | | | | | Buy | 06/10 | L | | |
| 924. | | | | | Sold | 06/13 | L | A | |
| 925. - New York St Dorm Auth municipal Bds ( new) | | | | | Buy | 05/02 | L | | |
| 926. | | | | | Buy (add'l) | 07/02 | L | | |
| 927. | | | | | Sold (part) | 09/05 | L | A | |
| 928. - New York St Twy Auth municipal bds (n ew) | | | | | Buy | 08/25 | L | | |
| 929. | | | | | Sold | 09/15 | L | A | |
| 930. - Nevada St Hwy municipal Bd (new) | | | | | Buy | 04/09 | L | | |
| 931. | | | | | Sold | 09/09 | L | A | |
| 932. - Regional Trans Dist, CO municiapl bds (n ew) | | | | | Buy | 04/08 | L | | |
| 933. - Santa Fe, NM municipal bds (new) | | | | | Buy | 05/09 | L | | |
| 934. | | | | | Sold | 07/17 | L | | |
| 935. - Seattle, WA municipal bds (new) | | | | | Buy | 04/04 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Sold | 04/17 | L | A | |
| 937. - Texas St University Sys municipal bds (new) | | | | | Buy | 07/31 | L | | |
| 938. | | | | | Sold | 08/22 | L | A | |
| 939. - MFB Northern Fds municipal money market fd (new) | | | | | Buy | 04/30 | O | | |
| 940. | | | | | Buy (add'l) | 06/02 | J | | |
| 941. | | | | | Buy (add'l) | 07/01 | J | | |
| 942. | | | | | Buy (add'l) | 08/01 | J | | |
| 943. | | | | | Buy (add'l) | 09/02 | J | | |
| 944. | | | | | Buy (add'l) | 10/01 | J | | |
| 945. | | | | | Buy (add'l) | 11/03 | J | | |
| 946. | | | | | Buy (add'l) | 12/01 | J | | |
| 947. Trust #25 | | None | P1 | T | | | | | |
| 948. - US Treasury Bills | | | | | Sold (part) | 02/21 | P1 | | |
| 949. | | | | | Buy (add'l) | 02/26 | P1 | | |
| 950. | | | | | Sold (part) | 03/20 | P1 | | |
| 951. | | | | | Sold (part) | 03/28 | L | | |
| 952. | | | | | Sold (part) | 05/29 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Buy (add'l) | 11/03 | N | | |
| 954. | | | | | Sold (part) | 12/08 | M | | |
| 955. | | | | | Sold (part) | 12/15 | J | | |
| 956.   - SPDR Gold Tr mutual fund (new) | | | | | Buy | 12/08 | N | | |
| 957. | | | | | Buy (add'l) | 12/9 | J | | |
| 958.   - PIMCO Developing Local Mkt Fd mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 959. | | | | | Sold | 10/28 | M | | |
| 960.   - Vanguard Emerging Markets mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 961. | | | | | Sold | 10/10 | M | | |
| 962.   - Federated US Treas Cash Rsv mutual fund (new) | | | | | Buy | 12/6 | J | | |
| 963.   - Allegheny Cty, PA municipal bds (new | | | | | Buy | 06/06 | K | | |
| 964. | | | | | Sold | 07/17 | K | A | |
| 965.   - Auburndale, FL municipal bd (new) | | | | | Buy | 04/09 | L | | |
| 966.   - Berkeley Cty, SC municipal bd (new) | | | | | Buy | 05/09 | L | | |
| 967.   - Easley, SC municipal bds (new) | | | | | Buy | 06/17 | L | | |
| 968.   - Florida St, municipal bds (new) | | | | | Buy | 04/15 | L | | |
| 969. | | | | | Sold (part) | 09/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Esti | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Buy (add'l) | 09/05 | K | | |
| 971. - Illinois St municipal bds (new) | | | | | Buy | 04/30 | L | | |
| 972. - Intermountain Pwr Agy, UT municipal bds (new) | | | | | Buy | 04/18 | L | | |
| 973. - Long Island, NY municipal bds (new) | | | | | Buy | 09/04 | L | | |
| 974. - Maine St municipal bds (new) | | | | | Buy | 05/21 | L | | |
| 975. - Maricopa Cty, AZ municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 976. | | | | | Sold | 07/03 | L | | |
| 977. - Maryland St municipal bds (new) | | | | | Buy | 06/03 | L | | |
| 978. | | | | | Sold (part) | 08/15 | L | A | |
| 979. | | | | | Buy (add'l) | 08/20 | L | | |
| 980. | | | | | Sold | 11/07 | L | | |
| 981. - Met Trans Auth, Ny municioak bds (nes) | | | | | Buy | 09/16 | L | | |
| 982. - Minn, MN Health Care municipal bds (new) | | | | | Buy | 05/12 | L | | |
| 983. | | | | | Sold | 09/02 | L | A | |
| 984. - Mississippi St municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 985. - NY St municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 986. - Nevada St municipal bds (new) | | | | | Buy | 07/23 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Sold | 10/15 | L | | |
| 988. - NM St municipal bds (new) | | | | | Buy | 05/21 | L | | |
| 989. | | | | | Sold (part) | 07/17 | J | A | |
| 990. | | | | | Sold | 08/15 | K | A | |
| 991. - New York, NY City municipal bds (new) | | | | | Buy | 06/10 | L | | |
| 992. | | | | | Sold | 06/13 | L | A | |
| 993. - New York St Dorm Auth municipal Bds (new) | | | | | Buy | 05/02 | L | | |
| 994. | | | | | Buy (add'l) | 07/02 | L | | |
| 995. | | | | | Sold (part) | 09/05 | L | A | |
| 996. - New York St Twy Auth municipal bds (new) | | | | | Buy | 08/25 | L | | |
| 997. | | | | | Sold | 09/15 | L | A | |
| 998. - Nevada St Hwy municipal Bd (new) | | | | | Buy | 04/09 | L | | |
| 999. | | | | | Sold | 09/09 | L | A | |
| 1000. - Regional Trans Dist, CO municiapl bds (new) | | | | | Buy | 04/08 | L | | |
| 1001. - Santa Fe, NM municipal bds (new) | | | | | Buy | 05/09 | L | | |
| 1002. | | | | | Sold | 07/17 | L | | |
| 1003. - Seattle, WA municipal bds (new) | | | | | Buy | 04/04 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold | 04/17 | L | A | |
| 1005. - Texas St University Sys municipal bds (new) | | | | | Buy | 07/31 | L | | |
| 1006. | | | | | Sold | 08/22 | L | A | |
| 1007. - MFB Northern Fds municipal money market fd (new) | | | | | Buy | 04/30 | O | | |
| 1008. | | | | | Buy (add'l) | 06/02 | J | | |
| 1009. | | | | | Buy (add'l) | 07/01 | J | | |
| 1010. | | | | | Buy (add'l) | 08/01 | J | | |
| 1011. | | | | | Buy (add'l) | 09/02 | J | | |
| 1012. | | | | | Buy (add'l) | 10/01 | J | | |
| 1013. | | | | | Buy (add'l) | 11/03 | J | | |
| 1014. | | | | | Buy (add'l) | 12/01 | J | | |
| 1015. Trust #26 | | None | P1 | T | | | | | |
| 1016. - US Treasury Bills | | | | | Sold (part) | 02/21 | P1 | | |
| 1017. | | | | | Buy (add'l) | 02/26 | P1 | | |
| 1018. | | | | | Sold (part) | 03/20 | P1 | | |
| 1019. | | | | | Sold (part) | 03/28 | L | | |
| 1020. | | | | | Sold (part) | 05/29 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Buy (add'l) | 11/03 | N | | |
| 1022. | | | | | Sold (part) | 12/08 | M | | |
| 1023. | | | | | Sold (part) | 12/15 | J | | |
| 1024. - SPDR Gold Tr mutual fund (new) | | | | | Buy | 12/08 | N | | |
| 1025. | | | | | Buy (add'l) | 12/9 | J | | |
| 1026. - PIMCO Developing Local Mkt Fd mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 1027. | | | | | Sold | 10/28 | M | | |
| 1028. - Vanguard Emerging Markets mutual fund (new) | | | | | Buy | 06/19 | M | | |
| 1029. | | | | | Sold | 10/13 | M | | |
| 1030. - Federated US Treas Cash Rsv mutual fund (new) | | | | | Buy | 12/6 | J | | |
| 1031. - Allegheny Cty, PA municipal bds (new | | | | | Buy | 06/06 | K | | |
| 1032. | | | | | Sold | 07/17 | K | A | |
| 1033. - Auburndale, FL municipal bd (new) | | | | | Buy | 04/09 | L | | |
| 1034. - Berkeley Cty, SC municipal bd (new) | | | | | Buy | 05/09 | L | | |
| 1035. - Easley, SC municipal bds (new) | | | | | Buy | 06/17 | L | | |
| 1036. - Florida St, municipal bds (new) | | | | | Buy | 04/15 | L | | |
| 1037. | | | | | Sold (part) | 09/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Buy (add'l) | 09/05 | K | | |
| 1039. - Illinois St municipal bds (new) | | | | | Buy | 04/30 | L | | |
| 1040. - Intermountain Pwr Agy, UT municipal bds (new) | | | | | Buy | 04/18 | L | | |
| 1041. - Long Island, NY municipal bds (new) | | | | | Buy | 09/04 | L | | |
| 1042. - Maine St municipal bds (new) | | | | | Buy | 05/21 | L | | |
| 1043. - Maricopa Cty, AZ municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 1044. | | | | | Sold | 07/03 | L | | |
| 1045. - Maryland St municipal bds (new) | | | | | Buy | 06/03 | L | | |
| 1046. | | | | | Sold (part) | 08/15 | L | A | |
| 1047. | | | | | Buy (add'l) | 08/20 | L | | |
| 1048. | | | | | Sold | 11/07 | L | | |
| 1049. - Met Trans Auth, Ny municioak bds (nes) | | | | | Buy | 09/16 | L | | |
| 1050. - Minn, MN Health Care municipal bds (new) | | | | | Buy | 05/12 | L | | |
| 1051. | | | | | Sold | 09/02 | L | A | |
| 1052. - Mississippi St municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 1053. - NY St municipal bds (new) | | | | | Buy | 04/04 | L | | |
| 1054. - Nevada St municipal bds (new) | | | | | Buy | 07/23 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. | | | | | Sold | 10/15 | L | | |
| 1056. - NM St municipal bds (new) | | | | | Buy | 05/21 | L | | |
| 1057. | | | | | Sold (part) | 07/17 | J | A | |
| 1058. | | | | | Sold | 08/15 | K | A | |
| 1059. - New York, NY City municipal bds (new) | | | | | Buy | 06/10 | L | | |
| 1060. | | | | | Sold | 06/13 | L | A | |
| 1061. - New York St Dorm Auth municipal Bds (new) | | | | | Buy | 05/02 | L | | |
| 1062. | | | | | Buy (add'l) | 07/02 | L | | |
| 1063. | | | | | Sold (part) | 09/05 | L | A | |
| 1064. - New York St Twy Auth municipal bds (new) | | | | | Buy | 08/25 | L | | |
| 1065. | | | | | Sold | 09/15 | L | A | |
| 1066. - Nevada St Hwy municipal Bd (new) | | | | | Buy | 04/09 | L | | |
| 1067. | | | | | Sold | 09/09 | L | A | |
| 1068. - Regional Trans Dist, CO municiapl bds (new) | | | | | Buy | 04/08 | L | | |
| 1069. - Santa Fe, NM municipal bds (new) | | | | | Buy | 05/09 | L | | |
| 1070. | | | | | Sold | 07/17 | L | | |
| 1071. - Seattle, WA municipal bds (new) | | | | | Buy | 04/04 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Sold | 04/17 | L | A | |
| 1073. - Texas St University Sys municipal bds (new) | | | | | Buy | 07/31 | L | | |
| 1074. | | | | | Sold | 08/22 | L | A | |
| 1075. - MFB Northern Fds municipal money market fd (new) | | | | | Buy | 04/30 | O | | |
| 1076. | | | | | Buy (add'l) | 06/02 | J | | |
| 1077. | | | | | Buy (add'l) | 07/01 | J | | |
| 1078. | | | | | Buy (add'l) | 08/01 | J | | |
| 1079. | | | | | Buy (add'l) | 09/02 | J | | |
| 1080. | | | | | Buy (add'l) | 10/01 | J | | |
| 1081. | | | | | Buy (add'l) | 11/03 | J | | |
| 1082. | | | | | Buy (add'l) | 12/01 | J | | |
| 1083. Liveprocess Crop Ser A pfd stock (new) | | None | J | T | Buy | 01/10 | J | | |
| 1084. Neurophage Pharmls Inc Series A cv pfd stock (new) | | None | J | T | Buy | 01/07 | J | | |
| 1085. Wavemark Inc Ser B pfd stock (new) | | None | M | T | Buy | 01/31 | M | | |
| 1086. Vanguard Inflat Protected mutual fund (new) | | None | P1 | T | Buy | 11/10 | P1 | | |
| 1087. | | | | | Sold (part) | 11/18 | O | C | |
| 1088. BladeLogic stock (new) | | None | | | Spinoff (from line 184) | 02/01 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1089. | | | | | Sold | 02/13 | J | | |
| 1090. Netezza Corp stock (new) | | None | | | Spinoff (from line 184) | 05/23 | J | | |
| 1091. | | | | | Sold | 06/12 | J | A | |
| 1092. | | | | | Spinoff (from line 184) | 04/22 | J | | |
| 1093. | | | | | Sold | 05/12 | J | A | |
| 1094. | | | | | Spinoff (from line 184) | 08/27 | J | | |
| 1095. | | | | | Sold | 09/11 | J | | |
| 1096. HSBC Investor US Treas Cl D money market mutual fund (new) | B | Dividend | P2 | T | Buy | 10/14 | M | | |
| 1097. | | | | | Buy (add'l) | 10/28 | P1 | | |
| 1098. | | | | | Buy (add'l) | 11/28 | J | | |
| 1099. | | | | | Buy (add'l) | 12/31 | J | | |
| 1100. Meridia Capital LP (new) | | None | M | U | Buy | 06/06 | L | | |
| 1101. | | | | | Buy (add'l) | 06/13 | M | | |
| 1102. Meta4 Group Ltd LP (new) | | None | J | U | Buy | 05/29 | J | | |
| 1103. Elliott Associates, LP (new) | | None | P1 | U | Buy | 11/06 | P1 | | |
| 1104. Hony Capital Fund 2008, LP (new) | | None | M | U | Buy | 07/10 | K | | |
| 1105. | | | | | Buy (add'l) | 08/25 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Buy (add'l) | 10/27 | K | | |
| 1107. Line Rock Partners V, LP combined (new) | None | | M | U | Buy | 03/03 | J | | |
| 1108. | | | | | Buy (add'l) | 10/1 | K | | |
| 1109. | | | | | Buy (add'l) | 10/17 | J | | |
| 1110. | | | | | Buy (add'l) | 12/04 | K | | |
| 1111. | | | | | Buy (add'l) | 12/31 | K | | |
| 1112. Lone Star Fund IV (US), LP (new) | None | | P1 | U | Buy | 07/07 | N | | |
| 1113. | | | | | Buy (add'l) | 07/21 | M | | |
| 1114. | | | | | Buy (add'l) | 09/12 | N | | |
| 1115. | | | | | Buy (add'l) | 09/24 | O | | |
| 1116. | | | | | Buy (add'l) | 10/23 | N | | |
| 1117. | | | | | Buy (add'l) | 11/26 | N | | |
| 1118. | | | | | Buy (add'l) | 06/24 | O | | |
| 1119. Lone Star Europe Holdings (US), LP (new) | None | | N | U | Buy | 10/23 | M | | |
| 1120. | | | | | Buy (add'l) | 11/12 | M | | |
| 1121. | | | | | Buy (add'l) | 11/26 | L | | |
| 1122. Lone Star Real Estate Fund (US), LP, (new) | None | | N | U | Buy | 08/04 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. | | | | | Buy (add'l) | 08/27 | M | | |
| 1124. Middle East North Africa Opportunities Fd, LP (new) | | None | P1 | U | Buy | 06/27 | P1 | | |
| 1125. Portland Capital LLP (new) | | None | L | W | Buy | 01/22 | L | | |
| 1126. TA Realty LLC (x) - IPERS | H1 | Distribution | | | | | | | See Part VIII |
| 1127. MA Health & Ed Municipal Bds (new) | B | Interest | L | T | Buy | 04/22 | L | | |
| 1128. MECM Associates LLC closely held (new) | | | | | | | | | |
| 1129. - Abrams Capital Partners II LP | | None | P1 | U | Transferred (from line 311) | 12/31 | P1 | | |
| 1130. - Baupost Value Partners LP II (new) | | None | P1 | U | Transferred (from line 201) | 12/31 | P1 | | |
| 1131. Auburndale FL Municipal bds (new) | D | Interest | N | T | Buy | 04/09 | N | | |
| 1132. Berkeley Cty SC Municipal bds | D | Interest | N | T | Buy | 05/09 | N | | |
| 1133. Birmingham AL Municipal Bds (new) | D | Interest | M | T | Buy | 01/07 | M | | |
| 1134. Dallas TX Municipal bds (new) | D | Interest | N | T | Buy | 01/04 | N | | |
| 1135. Glendale AZ Municipal Bds (new) | B | Interest | M | T | Buy | 01/02 | M | | |
| 1136. Hawaii St Municipal Bds (new) | C | Interest | N | T | Buy | 03/10 | N | | |
| 1137. Intermountain Pwr Agy UT Municipal bds (new) | C | Interest | N | T | Buy | 04/18 | N | | |
| 1138. Met Trans Auth NY Municipal Bds (new) | | None | N | T | Buy | 09/16 | N | | |
| 1139. Washington St Municipal Bds (new) | D | Interest | M | T | Buy | 01/01 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1140. Chicago IL Municipal bds (new) | B | Interest | | | Buy | 01/15 | N | | |
| 1141. | | | | | Sold | 03/18 | N | | |
| 1142. KY Intrelocal Sch Trans Municipal bds (new) | D | Interest | | | Buy | 01/04 | N | | |
| 1143. | | | | | Sold (part) | 08/06 | M | | |
| 1144. | | | | | Sold (part) | 08/14 | L | | |
| 1145. | | | | | Sold | 08/15 | L | | |
| 1146. MD St Municipal bds (new) | C | Interest | | | Buy | 08/20 | N | | |
| 1147. | | | | | Sold | 11/07 | N | | |
| 1148. Michigan St Municipal bds (new) | B | Interest | M | T | Buy | 03/26 | M | | |
| 1149. Mohave Cty AZ Municipal Bds (new) | A | Interest | | | Buy | 06/25 | M | | |
| 1150. | | | | | Sold | 07/11 | M | D | |
| 1151. Nevada St Municipal bds | B | Interest | | | Buy | 07/23 | M | | |
| 1152. | | | | | Sold | 10/15 | M | | |
| 1153. New Mexico St Municipal Bds (new) | B | Interest | | | Buy | 05/21 | N | | |
| 1154. | | | | | Sold | 08/15 | N | A | |
| 1155. NY St Dorm Municipal Bds (new) | B | Interest | | | Buy | 05/02 | M | | |
| 1156. | | | | | Sold | 09/05 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. NY St Twy Auth Municipal Bds (new) | A | Interest | | | Buy | 08/25 | N | | |
| 1158. | | | | | Sold (part) | 09/05 | M | B | |
| 1159. | | | | | Sold | 09/08 | M | C | |
| 1160. NY St MUnicipal Bds (new) | A | Interest | | | Buy | 03/25 | N | | |
| 1161. | | | | | Sold | 04/03 | N | B | |
| 1162. Nevada St Hwy Municipal Bds (new) | D | Interest | | | Buy | 04/09 | N | | |
| 1163. | | | | | Sold (part) | 09/05 | M | B | |
| 1164. | | | | | Sold | 09/09 | M | B | |
| 1165. SEattle WA Drain & Wastewater Municipal bds (new) | A | Interest | | | Buy | 04/04 | N | | |
| 1166. | | | | | Sold (part) | 04/17 | N | B | |
| 1167. Wisconsin St Clean Water Rev Municipal bds (new) | A | Interest | | | Buy | 02/01 | L | | |
| 1168. | | | | | Sold | 03/28 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2009 - |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

2008 Financial Disclosure Report (FDR)

Part I. Postions -

Reference is made to Trust #3 and Trust #4 of which ▇▇▇ is a co-trustee. All asssets have been separately reported on the FDR and properly disclosed.

Part VII. Investments and Trusts -

A. Items listed on calendar year 2007 Financial Disclosure Report (FDR) and excluded for calendar year 2008 do no meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report, Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).

B. 2008 FDR, Part VII, notations -

No entry has been made in column D(4) for assets that realized a loss or no gain at maturity, redemption, or sale.

   Item #74: Trust #6 terminated therefore all assets are shown as distributed as of 12/31/08.
   Item #157: Cape Communications Promissory Note has no value as of 12/31/08 therefore column C has been left blank.
   Item #184: Battery Ventures VI LP distributed cash & in-kind (i.e., pfd stock). See items #1088 and #1090.
   Item #201: Baupost Value Partners LP II was transferred to MECM Associates LLC (new) Item #1128; see Item #1130.
   Item #202: MFB Northern municipal money market daily detail activity was not available at filing. The net increase from buys and sells has been reported to correctly reflect the actual "gross value" (column C(1)) as of 12/31/08.
   Item #311: Abrams Capital Partners II LP was transferred to MECM Associates LLC (new) Item # 1128; see Item #1129.
   Item #782: Park St Cap Nat Res Fd III Combined private equity reported in 2007 was in error that resulted in a duplication of 2007 item #712.
   Item #1126 TA Realty LLC (x) - IPERS was not required to be reported in 2007; distribution was received in 2008 as noted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544